THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA HAMILTON, individually and on behalf of her marital community,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, a federal government entity; DENIS MCDONOUGH, Secretary of Veterans Affairs,<br><br>Defendants. | CASE NO. C19-5948-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement filed by Defendants (Dkt. No. 58). According to the notice, the parties have settled all claims in this action. (*Id.*) Within 60 days of the date of this order, the parties must file a stipulated dismissal or a joint status report. The Clerk is DIRECTED to vacate the trial date and case management deadlines, terminate all pending motions, and statistically close this case pending the parties' completion of the settlement.

//

//

MINUTE ORDER
C19-5948-JCC
PAGE - 1

1    DATED this 16th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk